IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN JAMELLE ARCHIE,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 16-517 |

## **ORDER**

**AND NOW**, this 17th day of May 2017, upon consideration of Defendant Kevin Archie's Motion to Suppress Physical Evidence (Doc. No. 20), the Government's Response in Opposition (Doc. No. 27), and in accordance with the Opinion issued this day, it is **ORDERED** that the Motion (Doc. No. 20) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.