IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN JAMELLE ARCHIE,<br><br>            Defendant. | CRIMINAL ACTION<br>NO. 16-517 |

## ORDER

      **AND NOW**, this 4th day of August 2020, upon consideration of Defendant Kevin Jamelle Archie's Motion for a New Trial pursuant to Federal Rule of Criminal Procedure 33 (Doc. No. 147), Defendant's Supplemental Motion for New Trial (Doc. No. 156), and the Government's Response to Defendant's Motion and Supplemental Motion (Doc. No. 159), and in accordance with the Opinion issued this day, it is **ORDERED** that Defendant's Motion for a New Trial (Doc. No. 147) and Defendant's Supplemental Motion (Doc. No. 156) are **DENIED**.

                                                  BY THE COURT:

                                                  /s/Joel H. Slomsky, J.
                                                  JOEL H. SLOMSKY, J.